664

■ ISRAEL VAINTRAUB v. BALSAMS, INC.—Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Concur — Botein, J. P., Rabin, Frank, Valente and Bergan, JJ. [See 1 A D 2d 951.]

■ KATHLEEN GOTTFRIED, Suing on Behalf of Herself and All Other Stockholders of GOTTFRIED BAKING Co., INC., Similarly Situated, Appellant, v. GOTTFRIED BAKING Co., INC., et al., Respondents, et al., Defendants.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Concur — Peck, P. J., Botein, Frank and Valente, JJ. [See 1 A D 2d 994.]

■ HENKA CORPORATION v. SECURITY MUTUAL LIABILITY INSURANCE COMPANY.— Motion for leave to appeal to the Court of Appeals or for reargument denied, with $10 costs. Concur — Breitel, J. P., Rabin, Cox, Valente and Bastow, JJ. [See 1 A D 2d 949.]

■ In the Matter of CASTLE HILL BEACH CLUB, INC., Appellant, against WARD B. ARBURY et al., Constituting the New York State Commission Against Discrimination.— Motion for reargument denied, with $10 costs. Concur — Breitel, J. P., Botein, Rabin and Cox, JJ. [See 1 A D 2d 950.]

■ ELSBETH ZOELLNER v. GERHARD P. H. NEUMANN et al.— Motion for reargument denied, with $10 costs. Concur — Peck, P. J., Breitel, Botein, Rabin and Cox, JJ. [See 1 A D 2d 941.]

■ SIDNEY FREIDBERG et al., Respondents, v. CITY OF NEW YORK et al., Appellants, and TAVERN-ON-THE-GREEN, Intervenor-Appellant.— Order unanimously affirmed, with $20 costs and disbursements to the respondents. We do no more than hold that the Special Term was warranted, in the exercise of its discretion, in granting a temporary injunction holding the matter in *status quo* pending development of all the facts on a full trial. Concur — Botein, J. P., Rabin, Cox, Frank and Valente, JJ.

## (June 7, 1956)

### (Republished)

■ In the Matter of the Accounting of UNITED STATES TRUST COMPANY OF NEW YORK, as Trustee under the Will of RICHARD C. PERKINS, Deceased, Respondent. CHASE MANHATTAN BANK, as Executor of FLORENCE PERKINS, Deceased, et al., Appellants; HOSPITAL MANAGEMENT COMMITTEE, BRADFORD " A " GROUP, et al., Respondents.— Decree, so far as appealed from, affirmed with costs to all parties appearing and filing briefs herein, payable out of the estate. No opinion. (See *Matter of Bishop,* 1 A D 2d 612.) Concur — Botein, J. P., Rabin, Valente and Bergan, JJ.; Frank, J., dissents and votes to reverse; dissenting opinion by Frank, J. [See *ante,* p. 659.]

■ THE PEOPLE OF THE STATE OF NEW YORK v. WILLIE LOWERY.— Motion to dismiss appeal granted. Concur — Botein, J. P., Rabin, Cox, Frank and Valente, JJ.

■ MORRIS M. SCHWEBEL v. OLD COUNTRY TROTTING ASSOCIATION, INC.— Motion for reargument and stay denied, with $10 costs. Concur — Botein, J. P., Rabin, Cox, Frank and Valente, JJ. [See 1 A D 2d 1006.]

## (June 12, 1956)

■ R & K CORPORATION, Respondent, v. KENMONT HAT Co., INC., Appellant.